**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: ROSALIO VILLEGAS  Case Number: 05-75186
1904 GRENSHAW
ROCKFORD, IL  61101  SSN-xxx-xx-0367

Case filed on: 9/27/2005
Plan Confirmed on: 2/28/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $13,730.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |
|  | Total Legal | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |
| 999 | ROSALIO VILLEGAS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE HOME FINANCE | 22,962.16 | 10,323.45 | 10,323.45 | 0.00 |
|  | Total Secured | 22,962.16 | 10,323.45 | 10,323.45 | 0.00 |
| 002 | FISHER & FISHER | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,050.69 | 1,050.69 | 756.53 | 0.00 |
|  | Total Unsecured | 1,050.69 | 1,050.69 | 756.53 | 0.00 |
|  | Grand Total: | 25,812.85 | 13,174.14 | 12,879.98 | 0.00 |

Total Paid Claimant: $12,879.98
Trustee Allowance: $850.02
Percent Paid Unsecured: 72.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008         By  /s/Heather M. Fagan